B4 (Official Form4)(12/07)

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re  Brilliant Instruments, Inc. ,
  Debtor

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Gibson Moore Appellate Services, LLC<br>421 E Franklin St., Suite 230<br>Richmond, VA 23219 | | | | 659.00 |
| McCarthy, Burgess & Wolff<br>26000 Cannon Road<br>Cleveland, OH 44146 | | | | 1,285.00 |
| Basic Legal Services<br>201 Mission St., Suite 1200<br>San Francisco, CA 94105 | | | | 8,403.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Orna Lo CPA<br>394 Mackenzie Drive<br>Santa Clara, CA 95051 | | | | 10,876.00 |
| Wells Fargo Bank<br>P.O. Box 10347<br>Des Moines, IA 50306-0347 | | | | 15,583.00 |
| Wells Fargo Bank<br>60 W Hamilton Ave<br>Campbell, CA 95008 | | | | 28,975.00 |
| Wells Fargo Bank<br>P.O. Box 348750<br>Sacramento, CA 95834 | | | | 30,319.00 |
| Kao & Swope LLP<br>268 Bush Street #4127<br>San Francisco, CA 94104 | | | | 129,956.00 |
| Mark Guidotti<br>P.O. Box 999<br>Saratoga, CA 95071 | | | | 293,827.00 |
| GuideTech, LLC<br>1300 Memorex Drive<br>Santa Clara, CA 95050 | | | | 344,909.00 |
| Northstar Financial Services LLC<br>16192 Coastal Highway<br>Lewes, DE 19958 | | | | 423,000.00<br>Collateral FMV<br>60,000.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Janis Abrams<br>14159 Dickens St,<br>Unit 302<br>Sherman Oaks, CA<br>91423 | | | | 410,000.00 |
| Silicon Edge Law<br>Group LLP<br>6601 Koll Center<br>Parkway, Ste 245<br>Pleasanton, CA 94566 | | | | 422,303.00 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date   03/16/2015

Signature   /s/ Shalom Kattan

SHALOM KATTAN,
President