LAWRENCE A. JACOBSON SB# 057393
SEAN M. JACOBSON SB# 227241
COHEN AND JACOBSON, LLP
900 Veterans Boulevard, Suite 600
Redwood City, California 94063
Telephone: (650) 261-6280
Facsimile: (650) 368-6221

Attorneys for Debtor
Brilliant Instruments, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:                                              Case No.

BRILLIANT INSTRUMENTS, INC.,                        Chapter 11

          Debtor.
_____

**APPLICATION FOR APPOINTMENT OF COUNSEL, PROFESSIONAL DISCLOSURE OF COUNSEL, DISCLOSURE OF ATTORNEY COMPENSATION PURSUANT TO RULE 2016(B), AND DISCLOSURE REGARDING PAYMENT OF RETAINER**

This application of debtor above-named respectfully represents:

1. Brilliant Instruments, Inc. ("Debtor" or "Applicant") filed with this Court its petition under Chapter 11 of Title 11 U.S.C. commencing this reorganization case on March 16, 2015.

2. During the course of the administration of this case and in the conduct of the Chapter 11 proceedings Applicant will require the services of counsel in aid of the prosecution of this Chapter 11 case and all matters and proceedings involved therewith and related thereto. To the best of Applicant's knowledge, Cohen and Jacobson, LLP, the counsel whom Applicant seeks to employ ("Counsel"), have no interest adverse to the debtor and have no connection with the debtor, its creditors, persons employed at the Office of the United States Trustee, or any other parties in interest and/or their respective attorneys or accountants. Counsel has not agreed to share compensation with

any other entity or person other than in the ordinary course of business with those attorneys and employees under the employment of Counsel.

3. Applicant desires the employment of the law firm of Cohen and Jacobson, LLP, 900 Veterans Boulevard, Suite 600, Redwood City, California 94063, as counsel for debtor and debtor-in-possession herein. Applicant desires such appointment of such Counsel for the reason that Cohen and Jacobson, LLP are skilled counsel in insolvency proceedings and have special knowledge enabling them to perform services of special benefit to Applicant. The current hourly rates of the attorneys to perform services pursuant to the requested appointment are: Lawrence A. Jacobson (SBN 57393), admitted to practice in 1973, hourly rate of $400; Sean M. Jacobson (SBN 227241), admitted to practice in 2003, hourly rate of $300. Debtor shall also pay approved filing fees and costs incurred as approved by the Court.

4. Counsel shall render services related to the prosecution of a standard Chapter 11 case and all customary matters and proceedings necessarily involved and related thereto, subject to the exclusions stated below. The services will include generally as follows:

    a. To assist Client in evaluating bankruptcy alternatives and options; to analyze Client's financial and other issues as they may arise in the context of the Chapter 11 Case; to prepare the necessary paperwork to initiate the Chapter 11 case; to assist client in preparing all necessary schedules, statements, and other documents required at the time of filing and immediately thereafter; attend the 341 Hearing and Initial Debtor Interview with the Client; assist Client in the discharge of duties in the Chapter 11 case; to prepare and present a motion for sale of the Debtor's assets; or, alternatively, to formulate a Disclosure Statement and Plan of Reorganization and to seek confirmation of a Plan; and to initiate such matters and proceedings as are appropriate.

    b. To deal with all creditors and their agents and attorneys as may be necessary from time to time.

  c.  Defend motions for relief from stay as agreed between Client and Attorneys.

  d.  The scope of duties under this Agreement specifically excludes dischargability actions; adversary proceedings, unless otherwise agreed to in writing by Client and Counsel; representation of the Debtor subsequent to the appointment of a trustee should a trustee be appointed during the course of the bankruptcy proceeding or the case converted; and all state court, federal, or other litigations whether currently filed or not yet filed, unless otherwise agreed in writing by Client and Counsel.

5. Counsel have advised Applicant that they have no interest adverse to Applicant and that, to the best of their knowledge, information and belief such counsel have no connections with the debtor, creditors or any other party in interest or their respective attorneys and accountants, or with the United States Trustee or persons employed at the Office of the United States Trustee.

6. Applicant seeks to employ counsel under a general retainer and will seek further orders of this Court for periodic payment of the fees and costs incurred for such representation with payment to be made from the assets of the estate and/or the post-petition income of debtor and/or sources other than the Debtor. Debtor has agreed to the terms of representation detailed herein, with the initial retainer being the sum of $25,000, plus the filing fee of $1,717, all of which has been paid to date. Approval of all fees and costs shall be subject to Court approval.

7. Applicant and Counsel disclose that Counsel was engaged by Applicant prior to the filing of this Chapter 11 case, and that Counsel performed certain services for Applicant during the pre-petition period. Those services were subject to a separate engagement which has been superceded by the engagement related to the filing of this Chapter 11 case. All pre-petition services were paid in full. To the extent that any balance were to remain, Counsel agrees to waive any such balance (although Counsel does not believe there to be any such balance owing for the separate engagement).

8. The retainer of $26,717 was paid by non-debtor Shalom Kattan (the sole shareholder of Debtor). In the event that funds are available for payment of Counsel's fees from the estate, Counsel has agreed to request that the retainer be repaid to Mr. Kattan (subject to full payment of counsel's

fees from the estate).  Any such request will be made pursuant to fee applications.

WHEREFORE, Applicant prays that this Court make its order authorizing the employment of Counsel as requested herein, at the expense of Applicant and Applicant's estate, approving the retainer, and for such other and further orders as the Court may deem proper.

Dated: March 16, 2015                    /s/ Shalom Kattan
                                         Shalom Kattan

APPLICATION FOR APPOINTMENT OF COUNSEL                    4

## ATTORNEY'S VERIFICATION

I, Lawrence A. Jacobson, declare:

1. I am a partner in the limited liability law partnership of Cohen and Jacobson, LLP.

2. To the best knowledge, information and belief of Declarant neither Cohen and Jacobson, LLP, Declarant, Julie Zernicke, nor Sean Jacobson have any interests adverse to the debtor and have no connection with the debtor, its creditors, persons employed at the Offices of the United States Trustee, or any other parties in interest and/or their respective attorneys and accountants (other than as may be disclosed in the text of this Application).

3. Applicant has not agreed to share compensation with any other entity or person other than in the ordinary course of business with those attorneys and employees under the employment of Applicant.

4. The disclosures herein are correct to the best of my knowledge.

Executed on March 16, 2015, at Redwood City, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

        /s/    Lawrence A. Jacobson
LAWRENCE A. JACOBSON