Janis G. Abrams (SBN 98331)
LAW OFFICES OF JANIS G. ABRAMS
14159 Dickens Street, Unit 302
Sherman Oaks, California 91423
Tel: 818.461.0268

Attorney for Interested Party Janis G. Abrams

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re:

BRILLIANT INSTRUMENTS, INC.,

Debtor.

Case No. 15-50868 SLJ

Chapter 11

**PROOF OF SERVICE RE PROOF OF CLAIM OF JANIS G. ABRAMS**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 14159 Dickens Street, Unit 302, Sherman Oaks, California 91423. I am readily familiar with the practices of the Law Offices of Janis G. Abrams for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the USPS the same day in the ordinary course of business.

A true and correct copy of the foregoing document entitled (*specify*): **PROOF OF CLAIM** was served as follows:

**1. VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 29, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Lawrence A. Jacobson | laj@jacobsonattorneys.com |
| Sean M. Jacobson | sean@jacobsonattorneys.com |
| Office of the US Trustee/SJ | USTPRegion17.SJ.ECF@usdoj.gov, |
| | ltroxas@hotmail.com |
| David M. Chandler, Jr. | Dchandler1747@yahoo.com |

**2. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 29, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Brilliant Instruments, Inc. | shalom@b-i-inc.com |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 29 June 2015 | Janis G. Abrams | /s/ Janis G. Abrams |
| *Date* | *Printed Name* | *Signature* |