LAWRENCE A. JACOBSON SB# 057393
SEAN M. JACOBSON SB# 227241
COHEN AND JACOBSON, LLP
900 Veterans Boulevard, Suite 600
Redwood City, California 94063
Telephone: (650) 261-6280
Facsimile: (650) 368-6221

Attorneys for Debtor
Brilliant Instruments, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:                                                  Case No. 15-50868 SLJ

BRILLIANT INSTRUMENTS, INC.,                            Chapter 11

          Debtor.                                   Hearing Information

                                                      Date:  July 9, 2015
                                                      Time:  10:00 a.m.
                                                      Place:  Hon. Stephen L. Johnson
                                                              280 South First Street, Room 3099
                                                              San Jose, CA 95113

**DEBTOR'S STATUS CONFERENCE STATEMENT**

      Debtor Brilliant Instruments, Inc. submits the following Status Conference Statement:

**I.    INTRODUCTION**

      Debtor's operations involved the design and sale of electronic measurement devices, such as components used in time-keeping instruments. The filing of this Chapter 11 case was caused, *inter alia*, by the accumulation of debt caused by a dispute with competitor GuideTech LLC, with the dispute resulting in Debtor incurring significant legal fees and suffering a partially adverse judgment. Debtor filed the Chapter 11 case in order to maintain its ongoing operations without the strains of litigation, including the economic pressure caused by associated legal fees, and to utilize the Chapter 11 case to maximize the value of its assets for the benefit of creditors.

For the reasons stated below, <u>Debtor suggests and requests that the Court continue this Status Conference for thirty (30) days</u>.

**II.  STATUS OF CHAPTER 11 CASE**

This Chapter 11 bankruptcy case was filed on March 16, 2015, and on April 24, 2015 Debtor subsequently filed a motion seeking approval of the sale of substantially all of its assets.  One party, GuideTech, LLC, filed an opposition, and the matter initially came on for hearing on May 26, 2015.  The hearing was continued for further briefing, and came back on for hearing on June 16, 2015 at which time the Court granted the motion to sell substantially all of the Debtor's assets to Carmel Instruments, LLC for the purchase price of $50,000.

As a result of the sale, the remaining tasks are determination of claims, and distribution of the sales proceeds to the claimants.  The claims bar date is July 22, 2015, and Debtor suggests and requests that the Court continue this Status Conference to a date in August, 2015, in order to allow the claims bar date to pass such that Debtor will be in a position to evaluate the total number and amount of claims filed.  Debtor contemplates that, upon evaluation of claims, it will file a motion to dismiss this Chapter 11 case, and as part of that motion will seek an order authorizing distribution of the sales proceeds to allowed claimants on a *pro rata* basis – which process Debtor has determined is the most efficient manner to maximize the distribution to creditors.

**III.  CONCLUSION**

Based upon the foregoing, Debtor suggests and requests that the Court continue this Status Conference for a period of thirty (30) days in order to permit the claims bar date to pass.

Respectfully submitted.

Dated: July 7, 2015                                   COHEN AND JACOBSON, LLP

                                                                  By:  /s/   Lawrence A. Jacobson
                                                                           Lawrence A. Jacobson