# UNITED STATES BANKRUPTCY COURT

## Northern District of California

In re  Brilliant Instruments, Inc.                                    ,
                 *Debtor*

Case No.  15-50868

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  June 2015

Line of Business:  Electronics

Date filed:  07/21/2015

NAISC Code:  334515

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

Shalom Kattan
_____
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☑ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|:---:|:---:|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☑ | ☐ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

| | | |
|---|:---:|:---:|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? | ☐ | ☑ |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---:|
| **TOTAL INCOME** | $ | 0.00 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---:|
| Cash on Hand at Start of Month | $ | 448.00 |
| Cash on Hand at End of Month | $ | 467.00 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  **TOTAL** | $ | 423.00 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---:|
| **TOTAL EXPENSES** | $ | 4,291.00 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---:|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 0.00 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 4,291.00 |
| *(Subtract Line C from Line B)*  **CASH PROFIT FOR THE MONTH** | $ | -4,291.00 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $   2,823.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $   0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   2

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   1

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $   0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $   0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $   0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $   0.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 20,000.00 | $ 0.00 | $ 20,000.00 |
| EXPENSES | $ 20,000.00 | $ 4,291.00 | $ 15,709.00 |
| CASH PROFIT | $ 0.00 | $ -4,291.00 | $ -4,291.00 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 0.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 0.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 0.00 |

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

*Ex h C*

# Brilliant Instruments, Inc.
## Transaction Detail by Account
### June 2015

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **1021 · WFB Checking 5145** | | | | | | | | |
| Check | 06/03/2015 | 11506... | Wells Fargo Bank | Wire charge | | 6115 · Bank S... | -16.00 | -16.00 |
| Payment | 06/05/2015 | | Chroma | | | 1200 · Account... | 4,333.00 | 4,317.00 |
| Bill Pmt -Check | 06/05/2015 | 1003 | Kirkorian Enterprises | | | 2001 · Account... | -4,082.00 | 235.00 |
| Check | 06/09/2015 | 11506... | Misc. | Parking | | 6336 · Travel | -2.00 | 233.00 |
| Check | 06/17/2015 | 11506... | City of San Jose | | | 6336 · Travel | -8.00 | 225.00 |
| Bill Pmt -Check | 06/18/2015 | 1004 | AT&T | | | 2001 · Account... | -117.51 | 107.49 |
| Bill Pmt -Check | 06/18/2015 | 1005 | AT&T | | | 2001 · Account... | -65.00 | 42.49 |
| **Total 1021 · WFB Checking 5145** | | | | | | | 42.49 | 42.49 |
| **TOTAL** | | | | | | | 42.49 | 42.49 |

4291.—

EXH D

# Brilliant Instruments, Inc.
## Transactions by Account
### As of July 18, 2015

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **2001 · Accounts Payable** | | | | | | | | 0.00 |
| Bill | 03/30/2015 | | Shalom Kattan | Phone bill | | 6320 · Telepho... | 100.00 | 100.00 |
| Bill | 04/01/2015 | | Shalom Kattan | Phone bill | | 6320 · Telepho... | 240.00 | 340.00 |
| Bill | 04/01/2015 | | Kirkorian Enterprises | Apr rent | | 6295 · Rent | 2,041.00 | 2,381.00 |
| Bill | 04/09/2015 | | Shalom Kattan | Parking for tri... | | 6310 · Office S... | 6.00 | 2,387.00 |
| Bill | 05/01/2015 | | Kirkorian Enterprises | May rent | | 6295 · Rent | 2,041.00 | 4,428.00 |
| Bill | 05/08/2015 | | AT&T | | | 6320 · Telepho... | 107.41 | 4,535.41 |
| Bill Pmt -Check | 05/08/2015 | 1001 | AT&T | | | 1021 · WFB C... | -107.41 | 4,428.00 |
| Bill | 05/13/2015 | | AT&T | | | 6320 · Telepho... | 65.00 | 4,493.00 |
| Bill Pmt -Check | 05/13/2015 | 1002 | AT&T | | | 1021 · WFB C... | -65.00 | 4,428.00 |
| Bill | 06/01/2015 | | Kirkorian Enterprises | June rent | | 6295 · Rent | 2,041.00 | 6,469.00 |
| Bill | 06/01/2015 | | Pinnacle Sales LLC | Commission | | 6245 · Outside ... | 435.75 | 6,904.75 |
| Bill Pmt -Check | 06/05/2015 | 1003 | Kirkorian Enterprises | | | 1021 · WFB C... | -4,082.00 | 2,822.75 |
| Bill Pmt -Check | 06/18/2015 | 1004 | AT&T | | | 1021 · WFB C... | -117.51 | 2,705.24 |
| Bill Pmt -Check | 06/18/2015 | 1005 | AT&T | | | 1021 · WFB C... | -65.00 | 2,640.24 |
| Bill | 06/22/2015 | | AT&T | | | 6320 · Telepho... | 117.51 | 2,757.75 |
| Bill | 06/22/2015 | | AT&T | | | 6320 · Telepho... | 65.00 | 2,822.75 |
| Bill | 07/13/2015 | | US Trustee | 7151550868 | | 8000 · Other E... | 325.00 | 3,147.75 |
| Bill Pmt -Check | 07/13/2015 | 1006 | US Trustee | 7151550868 | | 1021 · WFB C... | -325.00 | 2,822.75 |
| Total 2001 · Accounts Payable | | | | | | | 2,822.75 | 2,822.75 |
| **TOTAL** | | | | | | | 2,822.75 | 2,822.75 |

Case: 15-50868   Doc# 59   Filed: 07/20/15   Entered: 07/20/15 16:06:08   Page 6 of 11

*EXH E*

# Brilliant Instruments, Inc.
## Transactions by Account
### As of July 18, 2015

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **1200 · Accounts Receivable** | | | | | | | | |
| Invoice | 04/20/2015 | 1306 | | | | -SPLIT- | 4,357.50 | 0.00 |
| Invoice | 04/20/2015 | 1307 | | | | -SPLIT- | 0.00 | 4,357.50 |
| Invoice | 04/20/2015 | 1308 | | | | -SPLIT- | 1,000.00 | 4,357.50 |
| Payment | 04/20/2015 | | | | | 1021 · WFB C... | -964.85 | 5,357.50 |
| Discount | 04/20/2015 | | | | | 1021 · WFB C... | -35.15 | 4,392.65 |
| Invoice | 06/02/2015 | 1309 | | | | -SPLIT- | 0.00 | 4,357.50 |
| Payment | 06/05/2015 | | | | | 1021 · WFB C... | -4,333.00 | 4,357.50 |
| Discount | 06/05/2015 | | | | | 1021 · WFB C... | -24.50 | 24.50 |
| Invoice | 06/15/2015 | 1310 | | | | -SPLIT- | 0.00 | 0.00 |
| Invoice | 06/24/2015 | 1311 | | | | -SPLIT- | 0.00 | 0.00 |
| **Total 1200 · Accounts Receivable** | | | | | | | 0.00 | 0.00 |
| **TOTAL** | | | | | | | 0.00 | 0.00 |

# Gold Business Services Package

Account number:   ■ June 1, 2015 - June 30, 2015  ■ Page 1 of 4



BRILLIANT INSTRUMENTS INC
BRILLIANT INSTRUMENTS INC
DEBTOR IN POSSESSION
CH 11 CASE # 15-50868 NCA
1622 W CAMPBELL AVE # 107
CAMPBELL CA 95008-1535

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $425.00 |
| Deposits/Credits | 4,493.00 |
| Withdrawals/Debits | - 4,450.51 |
| **Ending balance on 6/30** | **$467.49** |
| Average ledger balance this period | $1,270.79 |

Account number:

**BRILLIANT INSTRUMENTS INC**
**BRILLIANT INSTRUMENTS INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE # 15-50868 NCA**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

## Overdraft Protection

Your account is linked to the following for Overdraft Protection:

■



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 6/3 | | WT F60603133033000 Mega Internation /Org=Chroma Ate Inc Srf# F60603133033000 Trn#150603050080 Rfb# | 4,333.00 | | |
| 6/3 | | Wire Trans Svc Charge - Sequence: 150603050080 Srf# F60603133033000 Trn#150603050080 Rfb# | | 16.00 | 4,742.00 |
| 6/8 | 1003 | Check | | 4,082.00 | 660.00 |
| 6/9 | | Purchase authorized on 06/08 Laz Parking 180115 San Jose CA S585159666292197 Card 9276 | | 2.00 | 658.00 |
| 6/11 | | Online Transfer to Brilliant Instruments IN Business Market Rate Savings xxxxxx5714 Ref #Iben5Gnnw4 on 06/11/15 | | 10.00 | 648.00 |
| 6/17 | | Purchase authorized on 06/16 Csj 2ND-S. Carlos San Jose CA S465167801547956 Card 9276 | | 8.00 | 640.00 |
| 6/24 | 1005 | Check | | 65.00 | 575.00 |
| 6/25 | | Recurring Transfer to Brilliant Instruments Business Market Rate Savings Ref #Open5Lfqsh xxxxxx5714 | | 150.00 | |
| 6/25 | 1004 | Check | | 117.51 | 307.49 |
| 6/26 | | Online Transfer From Brilliant Instruments Business Market Rate Savings xxxxxx5714 Ref #Ibetxpvdhv on 06/26/15 | 160.00 | | 467.49 |
| **Ending balance on 6/30** | | | | | **467.49** |
| **Totals** | | | **$4,493.00** | **$4,450.51** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 1003 | 6/8 | 4,082.00 | 1004 | 6/25 | 117.51 | 1005 | 6/24 | 65.00 |

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 06/01/2015 - 06/30/2015 | Standard monthly service fee $14.00 | You paid $0.00 |
|------|------|------|
| How to avoid the monthly service fee  *(complete 1 AND 2)* | Minimum required | This fee period |
| 1) Have any ONE of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $1,271.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total automatic transfers to an eligible Wells Fargo business savings account | $25.00 | $150.00 ☑ |
| · Linked Direct Pay Service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
| - Average ledger balances in business checking, savings, and time accounts | | |
| - Most recent statement balance of business credit card, Wells Fargo Secured Credit Card, BusinessLine® line of credit, Secured BusinessLine® line of credit, Wells Fargo Express Equity® line of credit, and Wells Fargo BusinessLoan® term loan | | |
| - Combined average daily balances from the previous month for Business PrimeLoan℠, Wells Fargo Express Equity® loan, Wells Fargo Express Refi® loan, Wells Fargo Purchase Advantage℠ loan, Wells Fargo Small Business Advantage® line of credit, Equipment Express® loan, and Equipment Express® Single Even t loan | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☑ |

Case: 15-50868    Doc# 59    Filed: 07/20/15    Entered: 07/20/15 16:06:08    Page 9 of 11



---

**Monthly service fee summary (continued)**

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
C2/C2

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 3 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 # IMPORTANT ACCOUNT INFORMATION

---

In an effort to communicate urgent account information more quickly, we are changing the way we deliver account notices to Online Banking customers for whom we have a valid email address. Starting in June, we will begin to deliver some account notices to you via email and a copy will also be placed in your Wells Fargo Online secure inbox. These email notices will arrive up to three (3) days faster than paper notices.



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your     $ _____
register or transfers into     $ _____
your account which are not     $ _____
shown on your statement.     + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801